| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

Siemens Product Lifecycle Management Software Inc., §
§
§
Plaintiff, §
§
versus §    Civil Action H-19-129
§
Does 1–150, §
§
Defendants. §

# Discovery Order

1. Siemens Product Lifecycle Management Software Inc., may subpoena Comcast Corporation for the identities of subscribers by their IP addresses.

2. By March 4, 2019, Siemens must amend the complaint to identify the defendants by the last five digits of their IP addresses.

Signed on February 11, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge