UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

**ENTERED**
March 01, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Siemens Product Lifecycle Management Software Inc., § § § § Plaintiff, § § versus § § Does 1–150, § § § Defendants. § | Civil Action H-19-129 |

## Order on Extension

By April 26, 2019, Siemens must amend the complaint to identify the defendants by the last five digits of their IP addresses and serve them.

Signed on ~~February~~ March 1 _____, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge