UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00129 |
|---|---|---|---|

| Siemens Product Lifecycle Management Software, Inc. |
|---|
| *versus* |
| Does 1-150 |

United States Courts
Southern District of Texas
F I L E D

MAR 18 2019

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | The Law Offices of Steven C. Vondran, P.C.<br>One Samsone Street, Suite 3500<br>San Francisco, California 94104<br>(877) 276-5084 , Steve@vondranlegal.com<br>California SB# 232337, Arizona SB# 025911 |
|---|---|

| Name of party applicant seeks to appear for: | Doe 38 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/12/2019 | Signed: |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 3/18/5 | Clerk's signature |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                                                      United States District Judge