UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 150, <br><br> Defendants. | Case No.: 4:19-cv-00129 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Siemens Product Lifecycle Management Software Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, WITHOUT PREJUDICE, all claims against the following Doe Defendants in the above-captioned action:

| Doe # | ##IP Address |
|---|---|
| 1 | 71.202.59.68 |
| 2 | 73.162.188.183 |
| 3 | 98.224.181.9 |
| 6 | 98.207.98.73 |
| 7 | 68.55.124.214 |
| 8 | 73.8.245.67 |
| 9 | 24.218.116.118 |
| 10 | 24.6.48.156 |
| 11 | 73.18.165.37 |
| 21 | 98.229.104.222 |
| 22 | 98.250.227.18 |
| 23 | 76.20.13.41 |
| 24 | 69.250.232.130 |

| | |
|---|---|
| 25 | 71.234.89.157 |
| 26 | 68.50.201.23 |
| 27 | 73.158.232.5 |
| 28 | 73.92.37.48 |
| 30 | 68.40.147.203 |
| 31 | 24.5.214.94 |
| 32 | 73.209.23.121 |
| 33 | 73.222.228.179 |
| 34 | 73.161.107.4 |
| 35 | 98.249.6.163 |
| 36 | 67.166.93.162 |
| 37 | 71.194.161.130 |
| 38 | 73.109.108.196 |
| 39 | 24.15.182.85 |
| 40 | 68.61.227.62 |
| 41 | 67.188.121.208 |
| 42 | 24.5.251.149 |
| 43 | 68.37.217.97 |
| 45 | 107.3.37.124 |
| 46 | 68.48.11.75 |
| 47 | 73.83.69.122 |
| 48 | 68.62.84.47 |
| 49 | 68.40.178.92 |
| 50 | 24.4.101.197 |
| 51 | 68.36.82.54 |
| 52 | 73.227.198.240 |
| 53 | 76.126.122.79 |
| 54 | 68.55.87.27 |
| 55 | 96.80.227.219 |
| 56 | 24.130.196.78 |
| 57 | 67.177.229.61 |
| 58 | 96.76.248.33 |
| 59 | 73.124.234.251 |
| 60 | 98.243.130.30 |
| 61 | 69.181.202.2 |
| 62 | 71.234.0.126 |
| 63 | 73.18.173.126 |
| 64 | 73.168.109.181 |

| | |
|---|---|
| 65 | 98.201.151.167 |
| 66 | 67.184.242.108 |
| 67 | 107.5.129.5 |
| 68 | 73.56.33.10 |
| 69 | 98.209.169.6 |
| 70 | 73.92.236.125 |
| 71 | 162.17.143.201 |
| 72 | 67.188.119.109 |
| 73 | 68.34.57.198 |
| 74 | 73.222.253.70 |
| 75 | 73.95.63.150 |
| 76 | 68.49.135.97 |
| 77 | 73.14.216.7 |
| 86 | 50.242.110.206 |
| 105 | 50.226.229.2 |
| 121 | 96.76.60.186 |

Siemens PLM continues to pursue discovery sufficient to identify the Doe Defendants not listed above, and Siemens PLM does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

DATED this 5th day of April 2019.

/s/ Robert R. Riddle
Robert R. Riddle - Lead Attorney
Texas Bar No. 24035495
S.D. Tex. No. 1553007
rriddle@reedsmith.com

Andrew Bluebond
Texas Bar No. 24092147
S.D. Tex. No. 3019955
abluebond@reedsmith.com

Katherine Geldmacher
Texas Bar No. 24109916
S.D. Tex. No. 3352501
kgeldmacher@reedsmith.com

- 4 -

Reed Smith, LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: +1 713 469 3800
Facsimile: +1 713 469 3899

*Counsel for Plaintiff
Siemens Product Lifecycle Management
Software Inc.*

- 5 -

## CERTIFICATE OF SERVICE

I certify that the above document was served via the Court's CM/ECF system to all counsel of record on April 5, 2019.

>                             */s/ Robert R. Riddle*
>                             Robert R. Riddle