United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
April 08, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Siemens Product Lifecycle Management Software Inc., | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-129 |
| Does 1–150, | § § § | |
| Defendants. | § § | |

## Partial Dismissal

1. Having been advised that Siemens Product Lifecycle Management Software Inc. is no longer pursuing its claims against Does 1-3, 6-11, 21-28, 30-43, 45-77, 86, 105, and 121, those claims are dismissed without prejudice.

2. If refiled in or removed to the Southern District of Texas, the case will be assigned to Judge Hughes.

Signed on April 8, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge