UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
April 08, 2019
David J. Bradley, Clerk

Siemens Product
Lifecycle Management
versus          Software

Does 1-150

§
§
§
§
§

Civil Action 4: _19 · 129_

Conference Memorandum

Counsel:                              Representing:

*Andrew Bluebond*                     *P. Siemens*

_____              _____

_____              _____

_____              _____

_____              _____

Date: _4/8/ 2019_                     Reporter: _Alcaraz_

Started: _10:35_                      Ended: _10:55_

At the conference, these rulings were made:

_____

_____

☑  Order to be entered.
☐  A pretrial conference is set for:        _____ on _____, 2019.
☐  A hearing is set for:                    _____ on _____, 2019.
☐  Trial preparation to be completed by:    _____, 2019.
☐  A trial is set for :                     _____ on _____, 2019.
      ☐ Bench    ☐ Jury      (Estimated time at 5.5 hours a day _____).
☐  Joint Pretrial Order due:                _____, 2019.
☐  Internal review deadline                 _____, 2019.

Lynn N. Hughes
United States District Judge