UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 150, <br><br> Defendants. | Case No.: 4:19-cv-00129 <br><br> JURY TRIAL DEMANDED |

**Proposed Order on Extension**

By May 15, 2019, Siemens must amend the complaint to identify the defendants by the last five digits of their IP addresses and serve them.

Signed the ___ day of _____, 2019.

_____
Lynn N. Hughes
United States District Judge