UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Siemens Product Lifecycle Management Software Inc., § § § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-19-129 |
| Does 1-150, § § § | |
| Defendants. § | |

## Order on Extension

By May 15, 2019, Siemens must amend the complaint to identify the defendants by the last five digits of their IP addresses and serve them.

Signed on April 16, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge